# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# MARTINSBURG

**CHAD JOSEPH CORDELL,**

    Plaintiff,

v.                                                       CIVIL ACTION NO.: 3:19-CV-47
                                                              (GROH)

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

## ORDER ADOPTING REPORT AND RECOMMENDATION

On this day, the above-styled matter came before this Court for consideration of the Report and Recommendation ("R&R") of United States Magistrate Judge Michael John Aloi [ECF No. 28], entered on November 4, 2019, to which neither party filed objections.

Pursuant to 28 U.S.C. § 636(b)(1)(C), this Court is required to make a *de novo* review of those portions of the R&R to which objection is made. However, failure to file objections permits the district court to review the R&R under the standard that it believes to be appropriate, and under these circumstances, the parties' right to *de novo* review is waived. See Webb v. Califano, 468 F. Supp. 825, 830-31 (E.D. Cal. 1979).

Pursuant to Magistrate Judge Aloi's R&R, as well as 28 U.S.C. § 636(b)(1)(C) and Federal Rule of Civil Procedure 6, objections were due within fourteen plus three days after entry of the R&R. Because no objections have been filed, this Court will review the R&R for clear error.

Upon review and finding no clear error, it is the opinion of this Court that Magistrate Judge Aloi's R&R [ECF No. 28] should be, and is, hereby **ORDERED ADOPTED**. For the reasons more fully stated in the R&R, this Court **ORDERS** that the Plaintiff's Motion for Summary Judgment [ECF No. 23] is **GRANTED IN PART** and **DENIED IN PART** and the Defendant's Motion for Summary Judgment [ECF No. 25] is **GRANTED IN PART** and **DENIED IN PART**. The Commissioner's decision is hereby vacated and this case is remanded to the Commissioner for further proceedings consistent and in accord with the R&R. The Defendant's Motion for Leave to Appear Pro Hac Vice [ECF No. 27] is hereby **TERMINATED** as **MOOT**. The Court further **ORDERS** that this matter be **DISMISSED WITH PREJUDICE** and **STRICKEN** from the Court's active docket.

Pursuant to Federal Rule of Civil Procedure 58, the Clerk is **DIRECTED** to enter a separate order of judgment in favor of the Plaintiff. The Clerk is further **DIRECTED** to transmit copies of this Order to all counsel of record herein.

**DATED**: November 22, 2019

GINA M. GROH
CHIEF UNITED STATES DISTRICT JUDGE